

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-MJ-2541-BM

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CONSENT MOTION TO |
| v. | ) EXTEND THE TIME PERIOD |
| | ) FOR INDICTMENT |
| ALEXANDER JUSTIN WHITE | ) (Under Seal) |
| a/k/a "Sulaiman Al-Amriki" | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and with consent from the defendant, hereby moves this Honorable Court to extend the time period given the United States to indict this case, up to and including February 5, 2025. In support thereof, the parties show unto the Court the following:

1. The defendant was arrested on or about December 6, 2024, on a Criminal Complaint, alleging charges of providing, attempting, and conspiring to provide material support to a designated foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B. The Speedy Trial Act requires that the defendant be indicted within thirty days of arrest. See United States Code, Section 3161(b).

2. The parties are involved in pre-indictment discussions regarding the matter and are hopeful to reach a non-trial disposition. By relaxing the deadline by which the defendant may be indicted, this Court will enable the parties to continue their discussions.

4. The defendant, through his attorney, Christopher Locascio, consents to an

extension of the time period to indict, and waives his right to indictment within thirty days up to and including February 5, 2025.

Accordingly, the extension, if granted, should be deemed excludable time as being in the best interest of justice.

Respectfully submitted this 19th day of December, 2024.

MICHAEL F. EASLEY, JR.
United States Attorney

BY: _____

GABRIEL J. DIAZ
Assistant U.S. Attorney
1500 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 856-4326
Fax: (919) 856-4487
gabriel.diaz@usdoj.gov
N.C. Bar No. 49159

## CERTIFICATE OF SERVICE

This is to certify that I have this 19th of December, 2024, served a copy of the foregoing upon counsel for the defendant in this action by e-mail to Christopher Locascio, attorney for the defendant.

/s/ *Gabriel J. Diaz*
GABRIEL J. DIAZ
Assistant U.S. Attorney