UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-9-M

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CRIMINAL INFORMATION |
| ALEXANDER JUSTIN WHITE | ) | |
| a/k/a "Sulaiman Al-Amriki" | ) | |

The Unites States charges that:

Beginning in or around May of 2024, and continuing to on or about December 4, 2024, in the Eastern District of North Carolina and elsewhere, the defendant, ALEXANDER JUSTIN WHITE, also known as "Sulaiman Al-Amriki," did knowingly attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b), to wit, personnel including himself, and services to a foreign terrorist organization, namely the Islamic State of Iraq and al-Sham ("ISIS"), knowing that ISIS was a designated terrorist organization, and that ISIS had engaged in or was engaging in terrorist activity and terrorism, in violation of Title 18, United States Code, Section 2339B.

1

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(G), as made applicable by 28 U.S.C. § 2461(c), all assets, foreign or domestic: (i) of any individual, entity or organization engaged in planning or perpetrating the said offense, or affording any person a source of influence over any such entity or organization; (ii) acquired or maintained with the intent and for the purpose of supporting, planning, conducting, or concealing the said offense; and (iii) derived from, involved in, or used or intended to be used to commit the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

<u>Personal Property:</u>

a) Approximately $6,970.00 in United States Currency seized on December 4,

2

Case 5:25-cr-00009-M     Document 17     Filed 01/14/25     Page 2 of 3

2024, from the person of ALEXANDER JUSTIN WHITE;

b) One American Tactical M1911 handgun with 3 empty magazines, .45 ACP, bearing serial number: ML130653, seized on December 4, 2024, from 4600 University Drive, # 516, Durham, NC and any and all associated ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

MICHAEL F. EASLEY, JR.
United States Attorney

BY: JASON M. KELLHOFER
Assistant United States Attorney

BY: GABRIEL J. DIAZ
Assistant United States Attorney


MATTHEW G. OLSEN
Assistant Attorney General
National Security Division

BY: D. ANDREW SIGLER
Trial Counsel